CENTRAL BANK & TRUST CO. *v.* UNITED
STATES ET AL.

No. 1269.   Decided May 27, 1968.*

*Earl S. Wilson, Earl W. Kintner, Sidney Harris,* and
*George R. Kucik* for appellant in No. 1269, and *Mr. Wilson* and *Frank S. Ginocchio* for appellant in No. 1270.

*Solicitor General Griswold, Assistant Attorney General
Turner,* and *Howard E. Shapiro* for the United States,
and *Paul A. Porter* and *Victor H. Kramer* for First National Bank & Trust Co. et al., appellees in both cases.

PER CURIAM.

The motions to affirm are granted and the judgment
is affirmed.

MR. JUSTICE BLACK and MR. JUSTICE WHITE would
note probable jurisdiction and set these cases for oral
argument.

MR. JUSTICE FORTAS took no part in the consideration
or decision of these cases.

---

*Together with No. 1270, *Boyle* v. *United States et al.,* also on
appeal from the same court.